**Fill in this information to identify the case:**

Debtor 1: Teronica Gaines Shaw

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number: 17-32135-swe13

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 1 3 5 8

**Property address:** 446 Tranquility Lane
Number    Street

Cedar Hill, TX 75104
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 08 / 01 / 2022
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ 0

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
MM / DD / YYYY

| | | |
|---|---|---|
| Debtor 1 | Teronica Gaines Shaw | Case number (if known) 17-32135-swe13 |
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Jennine Hovell-Cox
Signature

Date 08/01/2011

Print: Jennine Hovell-Cox
First Name   Middle Name   Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 9720 Coit Road, Suite 220-228
Number   Street

Plano, TX 75025
City   State   ZIP Code

Contact phone (949) 427 - 2010

Email: bknotifications@ghidottiberger.com

Form 4100R   Response to Notice of Final Cure Payment   page 2

## CERTIFICATE OF SERVICE

On 8/1/2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Weldon Reed Allmand
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, TX 76054
dallasecf@allmandlaw.com

CHAPTER 13 Trustee
Thomas Powers
105 Decker Court, STE 1150
Irving, TX 75062
cmecf@dallasch13.com

US TRUSTEE
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242
ustpregion06.da.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jennine Hovell-Cox
Jennine Hovell-Cox

On 8/1/2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Teronica Gaines Shaw
446 Tranquility Lane
Cedar Hill, TX 75104

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jennine Hovell-Cox
Jennine Hovell-Cox